## (November 5, 1959)

■ ALFRED BERTAGNOLL v. ANGELO FINA et al.— Motion to dismiss appeal denied, without costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS FULLER, Appellant.— Decision of this court rendered on November 4, 1959 is recalled and the order of this court entered on November 4, 1959 is vacated. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ. [See ante, p. 735.]

## (November 6, 1959)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID N. FIELDS against ROLAND J. KAUFMANN.— Motion for stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before November 10, 1959, with notice of argument for November 17, 1959, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before November 16, 1959. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

## (November 9, 1959)

■ In the Matter of G. RUSSELL CLARK, as Superintendent of Banks of the State of New York against JOHN L. FLYNN, a Justice of the Supreme Court of the State of New York, et al.— Pending the determination of the application for a writ of prohibition the parties are stayed from offering into evidence at the trial of the action bearing New York County Clerk's number 16531/1958. pending in the Supreme Court, New York County, entitled John J. Reynolds and John P. McGrath, plaintiffs, against Judith Snow and Ellen Schwamm, as Administrators of the Estate of Lillian Ruth Schwamm, deceased, and of the Estate of Harvey L. Schwamm, deceased, and American Trust Company, defendants, a certain letter dated October 19, 1954, from the New York State Banking Department, signed by Edward Feldman, Special Deputy Superintendent, to American Trust Company, or any copy thereof, or of offering any oral testimony with respect to the contents thereof. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

## (November 10, 1959)

■ In the Matter of the Estate of REGINALD JACKSON, Deceased. BEEKMAN-DOWNTOWN HOSPITAL, Appellant; THERESA JACKSON, as Administratrix of the Estate of REGINALD JACKSON, Deceased, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Probate of the Will of ROBERT D. KAUFMANN, Deceased. WALTER A. WEISS, Respondent; JOEL S. KAUFMANN et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.